# UNITED STATES DISTRICT COURT
for the

_____ District of Alaska

Civil Division

RECEIVED NOV 24 2020 CLERK, U.S. DISTRICT COURT ANCHORAGE, A.K.

Ebony Yolanda Lara-Mazer

Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Yukon-Kuskokwim Health Corp

Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. _____
(to be filled in by the Clerk's Office)

Jury Trial: (check one)  [X] Yes  [ ] No

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

### I. The Parties to This Complaint

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Ebony Yolanda Lara-Mazer
Street Address: 1912 Billingsville School Court
City and County: Charlotte (Mecklenburg County)
State and Zip Code: North Carolina 28214
Telephone Number: 617-319-3182
E-mail Address: ylaramazer@aim.com

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1
- Name: Yukon-Kuskokwim Health Corp.
- Job or Title (if known):
- Street Address: 700 Chief Eddie Hoffman Highway
- City and County: Bethel (Bethel)
- State and Zip Code: Alaska 99559
- Telephone Number: 907-543-6000
- E-mail Address (if known):

Defendant No. 2
- Name: Dawn Hackney
- Job or Title (if known): Clinic Manager
- Street Address: 700 Chief Eddie Hoffman Highway
- City and County: Bethel (Bethel)
- State and Zip Code: Alaska 99559
- Telephone Number: 907-543-6000
- E-mail Address (if known):

Defendant No. 3
- Name: Nicholas Thompson, RN
- Job or Title (if known): Nurse Manager / Ambulatory Services
- Street Address: 700 Chief Eddie Hoffman Highway
- City and County: Bethel (Bethel)
- State and Zip Code: Alaska 99559
- Telephone Number: 907-543-6000
- E-mail Address (if known):

Defendant No. 4
- Name: Rebecca Martins, RN
- Job or Title (if known): Nurse Supervisor, Outpatient Clinic
- Street Address: 700 Chief Eddie Hoffman Highway
- City and County: Bethel (Bethel)
- State and Zip Code: Alaska 99559
- Telephone Number: 907-543-6000
- E-mail Address (if known):

C. **Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Yukon-Kuskokwim Health Corp |
| Street Address | 700 Chief Eddie Hoffman Highway |
| City and County | Bethel (Bethel) |
| State and Zip Code | Alaska 99559 |
| Telephone Number | 907-543-6000 |

II. **Basis for Jurisdiction**

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☒ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin). Also, Title VI of the Civil Rights Act of 1964.

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☒ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☒ Other federal law *(specify the federal law)*: The 14th Amendment to the US Constitution, 28 USCS 1311, 42 USCS Section 2000e-2, et seq.

☒ Relevant state law *(specify, if known)*: AS 18.80.200, The Alaska Human Rights Law, + AS 23.5.140

☐ Relevant city or county law *(specify, if known)*: The Alaska Human Rights Law

Statement of claim:

Plaintiff was a divorced single mother who began experiencing harassment and veiled threats of job loss by supervisors almost upon arrival 04/29/2019 at Yukon Kuskokwim Health Corporation based on color and perceived race.

Rebecca Martins was caught making racist jokes about Plaintiff 05/06/2019 with staff registered nurse Shawn, last name unknown, who refused to train "that black girl." Shawn was fired shortly after for racist behavior towards two other staff members but Martins remained in charge despite Plaintiffs request to be transferred to another Nurse Supervisor.

Supervisor over all of the clinics, Dawn Hackney, began to yell and call plaintiff names on May 7, 2019 and referred to her as "you people" when calling her stupid. Witnessed by Nicholas Thompson, RN Nurse Manager/ Ambulatory Clinic. Travel reimbursement to Alaska was not processed in May 2019 as promised. First report to Robert Houle in Human Resources between May 7-13, 2019.

Housing benefits contractually entitled were withheld in June 2019 by Dawn Hackney and Nicholas Thompson in an attempt to bully Plaintiff into moving into Hackney's rental unit. Reported to Marilyn in Human Resources May 2019.

The constant fear of being fired with no where to go or resources to leave Alaska created a hostile work environment. After the initial workplace injury 07/16/2019 supervisors Rebecca Martins and Nicholas Thompson refused Plaintiffs requests for time off for treatment saying she was hired to help not leave them short staffed,

Supervisors Hackney, Thompson and Martins in 9/2019 failed to accommodate plaintiffs disability of fractured sacrum, two displaced/bulging discs that pinch the sciatic nerve causing pain and numbness down right side, right shoulder ligament tear, suspected ULA tear in right elbow, right neck injury and whiplash pain, and various contusions. The law protect disabled individuals from being harassed by anyone in the workplace, including supervisors, but the Plaintiff endured bullying, nicknames and unwanted jokes as part of her disability harassment by coworkers and supervisors alike.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☐ Failure to hire me.
- ☒ Termination of my employment.
- ☐ Failure to promote me.
- ☒ Failure to accommodate my disability.
- ☐ Unequal terms and conditions of my employment.
- ☒ Retaliation.
- ☐ Other acts *(specify)*: _____

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s) **Between May 2019 – October 2, 2019**

C. I believe that defendant(s) *(check one)*:
- ☒ is/are still committing these acts against me.
- ☐ is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:
- ☒ race _____
- ☒ color _____
- ☐ gender/sex _____
- ☐ religion _____
- ☐ national origin _____
- ☐ age *(year of birth)* _____ *(only when asserting a claim of age discrimination.)*
- ☒ disability or perceived disability *(specify disability)*
_____

E. The facts of my case are as follows. Attach additional pages if needed.

E.

Plaintiff was hired in April 2019 as a Licensed Practical Nurse for three-year contract in the Yukon-Kuskokwim Health Corporation's outpatient clinic. Plaintiff came with excellent references and 22 years of work experience.

Plaintiff was immediately targeted by coworkers and supervisors for color and perceived race.

Plaintive reported several incidents of racial harassment by supervisors and coworkers in May 2019 to Robert Houle, manager of human resources. The harassment continued and two more reports were eventually made.

On July 16 and then again on August 5 of 2019 plaintive had two falls in the exact same manner that resulted in several gradually debilitating injuries. This occurred in the hospital in front of witnesses. The second fall occurred after a safety report was made and supervisor had vowed to change the fall hazards but did not.

After sustaining workplace injuries Plaintive was strongly discouraged by supervisors from seeking medical treatment on several occasions under threat of retaliation and job loss.

Yukon- Kuskokwim Health Corporation's clinical supervisors failed to accommodate the employees disability as prescribed by treating provider, causing additional injury. Human resources was contacted for the fourth time.

One day after the clinical supervisor was told of Plaintiffs need for surgery, the plaintiff was fired on fabricated charges dating two months prior. The Plaintiff has not been supervised by the clinical supervisor for over one month, as she had been transferred to another floor for disability accommodations. He stated during the termination that perhaps she "shouldn't have spent so much time complaining to human resources." This was witnesses by another Human Resources employee.

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV. Exhaustion of Federal Administrative Remedies

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

April 9, 2020 - April 10, 2020

B. The Equal Employment Opportunity Commission *(check one)*:

☐ has not issued a Notice of Right to Sue letter.

☒ issued a Notice of Right to Sue letter, which I received on *(date)* August 17, 2020

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐ 60 days or more have elapsed.

☐ less than 60 days have elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

# V. Relief

Plaintiff is a nurse of native ancestry who volunteered to come to Alaska and provide medical care to the 56 native tribes around Bethel and was targeted for her color and perceived race. Plaintiff was humiliated and publicly treated with dehumanizing callousness before and after a workplace injury by non-native workers cloaked in Tribal Sovereign Immunity of an indigenous corporation.

And then Plaintiff was robbed of wages and thrown away with no insurance, no means to recuperate or care for an eight-year-old child while still injured. The Plaintiff has not yet healed as of November 2020, has not been able to return to work and is mobile only with a walker.

The Plaintiff requests relief as follows: All monies owed to Plaintiff that were withheld before or after unlawful termination including:

1) Wages earned between September 23, 2019 and October 2, 2019.

2) Any accrued Paid Time Off -PTO.

3) Travel reimbursement to Alaska.

4) Travel arrangements home for stranded workers/ families.

5) 4 weeks of housing accommodations contractually promised to travel workers.

6) The freedom from repayment of the $17,500 moving expenses to Alaska as the Plaintiff had every intention to fulfill the three year contractual obligation.
.
The Plaintiff prays for any and all such other and further relief which this Court may grant and which this Court feels the Plaintiff may be entitled.

Respectfully submitted,
Ebony Yolanda Lara-Mazer

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 13 Nov 2020

Signature of Plaintiff: Ebony Yolanda Lava-Mazer, LPN
Printed Name of Plaintiff: Ebony Yolanda Lava-Mazer, LPN

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____

US District Court, District of Alaska
James M Fitzgerald US Courthouse + Federal Bldg
222 West 7th Stree Avenue, #
Attention: Clerk of Court
Anchorage, Alaska 99513