# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

EBONY YOLANDA LARA-MAZAR,

                Plaintiff,

    vs.

YUKON-KUSKOKWIM HEALTH CORP., *et al.*,

                Defendants.

Case No. 4:20-cv-00039-SLG

## **NOTICE OF INTENT TO DISMISS**

On November 24, 2020, Ebony Yolanda Lara-Mazar, a self-represented litigant, filed a Complaint for Employment Discrimination in this Court.[1] The Court issued an Order Directing Service and Response on December 22, 2021, certifying plausible claims existed in the Complaint, granting the Motions to Proceed without Prepayment of Fees and Late Filing, and explaining the requirements of completing service on the Defendants that Ms. Lara-Mazar needed to accomplish.[2]

Ms. Lara-Mazar must follow the Federal Rules of Civil Procedure and the Local Civil Rules for the District of Alaska in serving the Defendants. Under the Federal Rules, "[i]f a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss

---

[1] Docket 1.
[2] Docket 6.

the action without prejudice against that defendant or order that service or order that service be made within a specified time."[3]

The Court will grant Ms. Lara-Mazar additional time to complete service until **July 26, 2021**. However, Ms. Lara-Mazar is warned that she has until **July 26, 2021** to serve the Defendants and file proof of service with the Court. Otherwise, this action will be dismissed without further notice.

**IT IS ORDERED** that the Clerk of Court is to send additional summons forms to Ms. Lara-Mazar. Ms. Lara-Mazar should complete the forms, as explained in the Order Directing Service and Response, and return them to the Court immediately. **IT IS FURTHER ORDERED** that the Clerk of Court shall send a copy of the Order Directing Service of Response at Docket 6 to Ms. Lara-Mazar along with this Order.

DATED at Anchorage, Alaska, this 27th day of April, 2021.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

---

[3] Fed. R. Civ. P. 4(m).

4:20-cv-00039-SLG, *Lara-Mazar v. Yukon-Kuskokwim Health Corp, et al.*
Order Re: Service
Page 2 of 2
Case 4:20-cv-00039-SLG   Document 7   Filed 04/27/21   Page 2 of 2