# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

EBONY YOLANDA LARA-MAZER,

        Plaintiff,

  v.

YUKON-KUSKOKWIM HEALTH CORP., *et al.*,

        Defendants.

Case No. 4:20-cv-00039-SLG

## ORDER OF DISMISSAL

Plaintiff filed this action on November 24, 2020. An order directing Plaintiff to serve the complaint was issued on December 20, 2020. When proof of service was not timely filed, this Court issued a Notice of Intent to Dismiss on April 27, 2021, notifying Plaintiff that this action would be dismissed unless proof of service was filed by July 26, 2021, and that the dismissal would be "without further notice" to her. *See* Docket 7.

Proof of service has not been filed. Therefore, IT IS ORDERED that this action is DISMISSED for failure to prosecute. *See* Rule 41(b), Federal Rules of Civil Procedure. The Clerk of Court is directed to enter a Final Judgment accordingly.

DATED this 12th day of August, 2021 at Anchorage, Alaska.

                                        */s/ Sharon L. Gleason*
                                        UNITED STATES DISTRICT JUDGE