# UNITED STATES DISTRICT COURT
for the
District of Alaska

| | | |
|---|---|---|
| EBONY YOLANDA LARA-MAZER<br>*Plaintiff*<br>v.<br>YUKON-KUSKOKWIM HEALTH CORP., et al.<br>*Defendant* | ) ) ) ) ) ) | Civil Action No. 4:20-cv-00039-SLG |

## JUDGMENT IN A CIVIL ACTION

☐ **JURY VERDICT.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY COURT.** This action came to trial or decision before the Court. The issues have been tried or determined and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED:

    THAT this case is dismissed.

APPROVED:

**s/Sharon L. Gleason**
Sharon L. Gleason
United States District Judge

Date: August 12, 2021

                                                             **Brian D. Karth**
                                                              Brian D. Karth
                                                              Clerk of Court

*Note: Award of prejudgment interest, costs and attorney's fees are governed by D.Ak. LR 54.1, 54.2, and 58.1.*